E-FILED
Friday, 23 April, 2021  10:37:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

|  |  |  |
|---|---|---|
| IN RE DMCA SUBPOENA TO NAMECHEAP, INC. | ) ) ) ) ) | Civil Action No. |

## APPLICATION FOR DMCA SUBPOENA

TO:   Clerk of the Court
United States District Court Central District of Illinois
322 16th Street
Suite 200 A
Rock Island, IL 61201

Dear Clerk of the Court:

On behalf of Springfield, Inc., we respectfully request that the Clerk issue a subpoena to Namecheap, Inc. to identify the alleged infringer(s) at issue, pursuant to 17 U.S.C. § 512(h). Under Section 512(h) of the Digital Millennium Copyright Act, a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). The DMCA subpoena is directed to Namecheap, Inc. to provide documents sufficient to show the identity of the alleged infringers, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the domain registrant and operators of the www.springfield-hellcat.com website.

For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. a copy of the notification required by Section 512(c)(3)(A);

2. a proposed subpoena; and

3. a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting the rights under this title.

Accordingly, we attach the notifications we have served on Namecheap, Inc. pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. The filing fee is being paid upon electronic filing of the referenced documents. As we have complied with the statute's requirements, we ask that the Clerk, pursuant to Section 512(h)(4), expeditiously issue and sign the proposed subpoena and return it (c/o undersigned counsel) for service on the subpoena recipient.

Thank you for your cooperation and prompt response in this matter. If you have any questions, please contact the undersigned.

Dated this April 23, 2021.

Respectfully submitted,

s/ Charles J. Meyer
Charles J. Meyer
William A. McKenna
Woodard, Emhardt, Henry,
    Reeves & Wagner, LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
Tel: (317) 634-3456
cjmeyer@uspatent.com
wmckenna@uspatent.com

Attorneys for Springfield, Inc.